UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

AKEEM KRUBALLY,

                                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-mj-9005

20 CR 616

Defendant AKEEM KRUBALLY hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Akeem Krubally
Print Defendant's Name

_____
Defendant's Counsel's Signature

Stephen R. Lewis, Esq.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/20/2020
Date

_____
Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge