USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

AKEEM KRUBALLY,

                          Defendant.

No. 20-cr-616 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Based on a review of the docket, which reveals that the instant criminal action was commenced approximately eight months ago, the defendant has been in institutional confinement since September 2020, the defendant is charged with a felony, and the defendant wishes to enter a guilty plea, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Akeem Krubally can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

    Accordingly, it is hereby ORDERED that the plea hearing for Defendant Akeem Krubally be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 36.

Dated:   May 26, 2021                             SO ORDERED:
         White Plains, New York

                                                               _____
                                                                NELSON S. ROMÁN
                                                           United States District Judge