UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Akeem Krubally

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:20-cr- 616-NSR

Defendant Akeem Krubally hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

_Akeem Krubally by Stephen R. Lewis_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Akeem Krubally_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Stephen R. Lewis_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_6/2/21_
Date

_____
U.S. District Judge/U.S. Magistrate Judge