UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

USA

                                                                                                                 20 Cr. 616 (NSR)

        - against -

AKEEM KRUBALLY,                                                ORDER ACCEPTING
                                                                                        PLEA ALLOCUTION
                              Defendant.

--------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

       The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated June 2, 2021, is approved and accepted.

                                                                                           SO ORDERED.

                                                                         Hon. Nelson S. Román,
                                                                         United States District Judge

Dated: White Plains, NY
         September 13, 2021


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2021